# RECORD OF FUNDS RECEIVED FOR DEPOSIT
# INTO REGISTRY ACCOUNT

TO:  1. Intake Clerk *

  2. Case Administrator

FROM:  Financial Administrator

DATE: 6·16·05  UC

CASE NAME: Pfeffer

CASE NUMBER: 04·25656

Check Number 440743 in the amount of $ 5134.24 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 53426    Intake Clerk's Initials DKB

*  AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

#4b-F

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US STeel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219


Ronda J. Winnecour                                  Phillip J. McHale, III
Standing Trustee                                    Chief Accountant

Richard J. Bedford                                  Sandra Edinger
Chief Counsel                                       Chief Case Administrator

June 14, 2005


Theodore S. Hopkins, Esq.           OR         Theodore S Hopkins, Esq.
Clerk, U.S. Bankruptcy Court                   Clerk, U.S. Bankruptcy Court
5414 US Steel Tower                            717 State St Ste 501
600 Grant Street                               Erie PA    16501
Pittsburgh PA    15219

RE:  PERRY V. PFEFFER

Case No.: 04-25656  A

Dear Mr. Hopkins:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

    These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

        FLAGSTAR BANK FSB
        BANKRUPTCY DEPT
        5151 CORPORATE DR
        TROY MI
        48098-2639

CHECK NUMBER  440743          AMOUNT  $ 5,134.25

Page Two
Unclaimed funds
04-25656 A

      The disbursement(s) was returned to the Trustee for the following reason:

    \_\_\_\_\_ a. Trustee has been unable to locate Creditor.

    __X__ b. Creditor returned funds.

    \_\_\_\_\_ c. Stale dated, check 90 days old and not negotiated.

      Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                   Very truly yours,

                                     RONDA J. WINNECOUR
                                   for Standing Chapter 13 Trustee

cc: K LAWRENCE KEMP ESQ
    PERRY V. PFEFFER

    K LAWRENCE KEMP ESQ
    Creditor